**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 06-7479

JASON ASHANT'E FLOYD,

Plaintiff - Appellant,

versus

CITY OF NEWPORT NEWS; COMMONWEALTH'S
ATTORNEY'S OFFICE; POLICE DEPARTMENT,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk. Walter D. Kelley, Jr., District Judge. (2:06-cv-00274-WDK)

Submitted: November 15, 2006      Decided: November 27, 2006

Before WIDENER, WILKINSON, and MOTZ, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jason Ashant'e Floyd, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Jason Ashant'e Floyd appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>Floyd v. City of Newport News</u>, No. 2:06-cv-00274-WDK (E.D. Va. July 27, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>